IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENERGY RECOVERY, INC., | § |
| PLAINTIFF, | § § § |
| v. | §  CIVIL ACTION NO. 3:25-CV-2921 |
| FLOWSERVE CORPORATION, | § § § |
| DEFENDANT. | § |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Energy Recovery, Inc. ("Plaintiff"), for its complaint against Defendant Flowserve Corporation ("Defendant") alleges as follows:

## THE PARTIES

1. Plaintiff Energy Recovery, Inc. is a Delaware corporation with a principal place of business at 1717 Doolittle Drive, San Leandro, CA 94577 USA.

2. Defendant Flowserve Corporation is a New York corporation with a principal place of business at 5215 North O'Connor Boulevard, Suite 700, Irving, TX 75039 USA.

## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States.

4. This Court has personal jurisdiction over Defendant because Defendant has a principal place of business in this District.

5. Venue is proper in this Court under 28 U.S.C. § 1400(b) because Defendant has a regular and established place of business in this District and has committed acts of infringement in this District.

4870522

**BACKGROUND**

6. Plaintiff is a global leader in energy recovery technology and owns dozens of patents and pending patent applications protecting its innovations worldwide.

7. One of Plaintiff's patents is U.S. Patent No. 9,695,795 ("the '795 patent"), entitled "Pressure Exchange Noise Reduction." A copy of the '795 patent is attached hereto as Exhibit A.

8. The '795 patent issued on July 4, 2017, and is currently in force.

9. The '795 patent describes a pressure exchange device 108 that can be used in a desalination system 100, as shown in Figure 1 from the '795 patent, reproduced below:



FIG. 1

10. In Figure 1 of the '795 patent, a desalination system 100 is shown in which pressure exchanger 108 receives low pressure feed-water via manifold 120 and high pressure concentrate via manifold 124. In addition, high pressure feed-water exits the pressure exchanger 108 via manifold 122, and low pressure concentrate exits the pressure exchanger 108 via manifold 126.

11. Figure 3A of the '795 patent shows a front perspective of an exploded view of pressure exchanger 108, and Figure 3B of the '795 patent shows a rear perspective of an exploded view of pressure exchanger 108:

FIG. 3A

FIG. 3B

12. Pressure exchanger 108 has a feed-water end cover 232, a concentrate end cover 230, and a rotor 202. Rotor 202 rotates relative to end covers 230 and 232 and contains multiple ducts 218 in its interior.

13. Feed-water end cover 232 has low-pressure input ports 320, which receive low pressure feed-water via manifold 120, and high-pressure output ports 322, through which high pressure feed-water exits pressure exchanger 108 via manifold 122. Concentrate end cover 230 has low-pressure output ports 310, from which low pressure concentrate exits the pressure exchanger 108 via manifold 126, and high-pressure input ports 312, which receive high pressure concentrate via manifold 124.

14. The rotor-facing faces of end covers 232 and 230 are shown in Figures 4B and 5B, respectively:



FIG. 4B

FIG. 5B

15. Figure 4B shows end cover 232 with low pressure input ports 320 and high pressure output ports 322. Figure 4B also shows high pressure seal surfaces 326 and high pressure relief grooves 414 located counterclockwise from the high pressure output ports 322. Figure 5B shows end cover 230 with low pressure output ports 310 and high pressure input ports 312. Figure 5B also shows high pressure seal surfaces 316 and grooves 514 located clockwise from the high pressure input ports 312.

16. Figure 4B also shows end cover 232 with low pressure seal surfaces 324 and low pressure relief grooves 416, and Figure 5B also shows end cover 230 with low pressure seal surfaces 314 and low pressure relief grooves 516.

17. The '795 patent teaches that grooves reduce a hammer effect that would otherwise occur in moving high pressure fluid to a low pressure port and moving low pressure fluid to a high pressure port. ('795 patent, Abstract.) The '795 further teaches that reduction in the hammer effect not only reduces noise but also reduces vibration that can cause deterioration of equipment and reduces wasted energy. ('795, Abstract, 1:42-47.)

18.     Independent claim 1 of the '795 patent reads as follows:

An energy recovery apparatus comprising:

a rotor including a duct and configured to move the duct and low pressure fluid in the duct to a first position, and to move the duct and high pressure fluid in the duct to a second position;

a high pressure input port disposed in a first end cover, the high pressure input port configured to admit high pressure fluid for compressing low pressure fluid and displacing compressed fluid while the rotor is in the first position;

a high pressure output port disposed in a second end cover, the high pressure output port configured to release compressed fluid while the rotor is in the first position;

a low pressure output port disposed in the first end cover, the low pressure output port configured to release decompressed high pressure fluid from the duct at low pressure while the duct is at the second position;

a low pressure input port disposed in the second end cover, the low pressure input port configured to admit low pressure fluid into the duct to displace decompressed fluid while the duct is at the second position;

a first high pressure seal surface in the second end cover and adjacent the low pressure input port; and

a first groove disposed on a first outer surface of the second end cover and between the first high pressure seal surface and the low pressure input port, the first groove configured to release pressure and decompress high pressure fluid in the duct as the rotor moves the duct over the first groove and into alignment with the low pressure input port, wherein the first groove extends through only a portion of the first outer surface of the second end cover such that an innermost surface of the first groove forms at least a portion of the first outer surface of the second end cover; and

a second high pressure seal surface in the first end cover and adjacent the low pressure output port.

19.     Independent claim 10 of the '795 patent reads as follows:

An energy recovery apparatus comprising:

a rotor configured to move a duct containing low pressure fluid into alignment with a high pressure fluid source port for replacement of low pressure fluid in the duct with high pressure fluid, the rotor further configured to move the duct while containing high pressure fluid into alignment with a low pressure release port for release of the high pressure fluid within the duct to low pressure;

> a high pressure seal surface adjacent to the low pressure release port, the high pressure seal surface for maintaining high pressure on fluid in the duct during movement of the duct into alignment with the low pressure release port; and

> a first groove disposed on an outer surface of an end cover and extending through only a portion of the outer surface of the end cover such that an innermost surface of the first groove forms at least a portion of the outer surface, wherein the first groove is configured to be coupled to the rotor, wherein the groove forms a transition between the high pressure seal surface and the low pressure release port, the first groove configured to bleed off pressure from fluid in the duct as the rotor moves the duct over the first groove into alignment with the low pressure release port, and wherein the outer surface is at an interface between the end cover and the rotor.

20. Independent claim 16 of the '795 patent reads as follows:

The pressure recovery device comprising:

a feed-water end cover;

a low pressure feed-water source port disposed in the feed-water end cover;

a concentrate end cover;

a high pressure concentrate source port disposed in the concentrate end cover;

> a duct configured to receive low pressure feed-water from the low pressure feed-water source port and high pressure concentrate from the high pressure concentrate source port;

> a rotor configured to position the duct in alignment with the low pressure feed-water source port, and to position the duct in alignment with the high pressure concentrate source port;

> a high pressure sealing surface in a first face of the feed-water end cover and adjacent the low pressure feed-water source port, the high pressure sealing surface configured for maintaining high pressure on concentrate; and

> a first groove disposed on the first face of the feed-water end cover between the high pressure sealing surface and the low pressure feed-water source port, the first groove configured to release pressurized concentrate from the duct, wherein the face is at an interface between the feed-water end cover and the rotor, wherein the first groove forms a recess on the first face of the feed-water end cover.

21. Independent claim 20 of the '795 patent reads as follows:

> An end cover for an energy recovery apparatus including a rotor configured to rotate a duct containing a fluid, the end cover comprising:

a low pressure port;

    a high pressure seal surface disposed on an end face of the end cover and adjacent the low pressure port, the high pressure seal surface configured to maintain high pressure on fluid in the duct during rotation of the duct; and

    a groove disposed on the end face of the end cover and between the high pressure seal surface and the low pressure port, the groove configured for decreasing pressure on the fluid in the duct at a substantially constant rate, wherein the groove extends through only a portion of the end cover such that the groove forms a recess on the end face.

22.    Defendant has been selling and/or offering for sale the Flowserve FLEX device in the United States since at least October 2022. A photograph of the FLEX device is shown below:



https://ir.flowserve.com/news-events/news-details/2022/Flowserve-Advances-Its-Desalination-Offerings-With-Launch-of-New-Flowserve-FLEX-Isobaric-Energy-Recovery-Device-10-06-2022/default.aspx (Exhibit B)

23.    Defendant's FLEX device is a pressure exchange device / energy recovery device that is designed to be used in a desalination system, as shown in the following screenshot from Defendant's video describing the FLEX device:



https://flowserve.widen.net/s/dxn6npwrx5/flex_energy_recovery_device_en_1920x1080 at 0:33.

*See also* https://flowserve.widen.net/view/pdf/41kci9byqe/MULTIASG000418_EN_AQ.pdf, pp.

25-26 (Exhibit C)

24. In the desalination system illustrated above, the FLEX device receives low pressure feed-water (in blue) and high pressure concentrate (in green). In addition, high pressure feed-water exits the FLEX device (in blue), and low pressure concentrate exits the FLEX device (in green).

25. As shown in the following screenshot from Defendant's video describing the FLEX device, the inside of the FLEX device has four components: a rotor, an axle, and two end covers:



https://flowserve.widen.net/s/dxn6npwrx5/flex_energy_recovery_device_en_1920x1080 at 0:57

4870522                                              8

26. The FLEX rotor rotates relative to the end covers and contains 9 ducts around the perimeter of its interior, as shown in the photograph below:



27. Defendant's illustration of the FLEX device, showing the two end covers (a seawater end cover and a brine reject end cover) and the rotor interacting with the flows in a desalination system, is reproduced below:



https://www.flowserve.com/products/products-catalog/energy-recovery-devices/isobaric-devices/flextm-isobaric-energy-recovery-device/ (Exhibit D)

https://flowserve.widen.net/view/pdf/t6iekzzbe5/OTFLY000209_EN_AQ.pdf (Exhibit E)

28. As seen in this illustration, the FLEX's seawater end cover has a low pressure input port, which receives low pressure seawater, and a high pressure output port, through which high

pressure seawater exits. The FLEX's brine reject end cover has a low pressure output port, from which low pressure brine reject exits, and a high pressure input port, which receives high pressure brine reject.

29.     The rotor-facing face of the FLEX's seawater end cover contains a high pressure seal surface located clockwise from the high pressure output port and a high pressure relief groove between the high pressure seal surface and the low pressure input port. It also contains a low pressure seal surface located clockwise from the low pressure input port and a low pressure relief groove between the low pressure seal surface and the high pressure output port, as shown below:



30.     Similarly, the rotor-facing face of the FLEX's brine reject end cover contains a high pressure seal surface located counterclockwise from the high pressure input port and a groove between the high pressure seal surface and the low pressure output port. It also contains a low pressure seal surface located counterclockwise from the low pressure output port and a low pressure relief groove between the low pressure seal surface and the high pressure input port.

31.     On information and belief, before offering the FLEX device for sale in the United States, Defendant tested the FLEX device at its facility in Temecula, California, and the testing constituted use of the FLEX device in the United States, including use in a desalination system containing a membrane separation device.

32. On information and belief, Defendant opened a manufacturing facility for the FLEX device in Spain in June 2024. On information and belief, at least before opening its manufacturing facility in Spain and during the term of the '795 patent, Defendant made the FLEX device in the United States. On information and belief, at least some FLEX devices have an ISO 9001 Certificate Nameplate that states that they are a "Product of the USA."

33. On information and belief, Defendant has offered for sale and sold the FLEX device in the United States during the term of the '795 patent. On information and belief, at least before opening its manufacturing facility in Spain and during the term of the '795 patent, Defendant sold the FLEX device in the United States, including sales made from within the United States to customers outside the United States.

34. Because Defendant's principal place of business is in this District, Defendant's offers for sale and sales of the FLEX device constitute offers for sale and sales within this District.

35. Defendant is currently advertising the FLEX device and soliciting offers for sale of the FLEX device in the United States at least on its website at www.flowserve.com, which has a "Request a Quote" button associated with its advertising of the FLEX device.

**COUNT I – INFRINGEMENT OF U.S. PAT. NO. 9,695,795 UNDER 35 U.S.C. § 271(a)**

36. Plaintiff incorporates all of the allegations of the preceding paragraphs as if fully set forth herein.

37. On July 4, 2017, U.S. Patent No. 9,695,795 ("the '795 patent"), titled "Pressure Exchange Noise Reduction" was duly and legally issued. A true and correct copy of the '795 patent is attached as Exhibit A.

38. Plaintiff is the owner of the '795 patent by assignment from the '795 patent's inventors, recorded with the U.S. Patent and Trademark Office on July 26, 2012.

39. Defendant's FLEX device satisfies each and every requirement of at least independent claims 1, 10, 16, and 20 of the '795 patent, either literally or under the doctrine of equivalents.

40. For example, Defendant's FLEX device satisfies each and every requirement of claim 20, either literally or under the doctrine of equivalents, in the manner shown below:

> 20. **An end cover** for an energy recovery apparatus including **a rotor configured to rotate a duct containing a fluid**, **the end cover comprising**:
>
> a low pressure port;
>
> a high pressure seal surface disposed on an end face of the end cover and adjacent the low pressure port, the high pressure seal surface configured to maintain high pressure on fluid in the duct during rotation of the duct; and
>
> a groove disposed on the end face of the end cover and between the high pressure seal surface and the low pressure port, the groove configured for decreasing pressure on the fluid in the duct at a substantially constant rate, wherein the groove extends through only a portion of the end cover such that the groove forms a recess on the end face.



https://flowserve.widen.net/s/dxn6npwrx5/flex_energy_recovery_device_en_1920x1080 at 0:57

20. An end cover for an energy recovery apparatus including a rotor configured to rotate a duct containing a fluid, the end cover comprising:

a low pressure port;

a high pressure seal surface disposed on an end face of the end cover and adjacent the low pressure port, the high pressure seal surface configured to maintain high pressure on fluid in the duct during rotation of the duct; and

a groove disposed on the end face of the end cover and between the high pressure seal surface and the low pressure port, the groove configured for decreasing pressure on the fluid in the duct at a substantially constant rate, wherein the groove extends through only a portion of the end cover such that the groove forms a recess on the end face.



Rotor-Facing Face of FLEX's Seawater End Cover

41.    On information and belief, during the term of the '795 patent, Defendant has made, used, and offered for sale and/or sold the FLEX device in the United States.

42.    Therefore, Defendant has directly infringed at least claims 1, 10, 16, and 20 of the '795 patent in violation of 35 U.S.C. § 271(a).

43.    On information and belief, during the term of the '795 patent, Defendant has also made and used a system using the FLEX device in combination with a membrane separation device, and that system satisfies each and every requirement of at least dependent claims 4 and 5, either literally or under the doctrine of equivalents.

44.    Therefore, Defendant has directly infringed at least claims 4 and 5 of the '795 patent in violation of 35 U.S.C. § 271(a).

45. Defendant's acts of infringement have caused damage to Plaintiff. Plaintiff is therefore entitled to recover damages sustained as a result of Defendant's wrongful acts in an amount that is to be proven at trial.

46. Plaintiff notified Defendant of its infringement of the '795 patent orally at least as early as August 2025 and in writing on or about August 28, 2025.

47. On information and belief, Defendant has had knowledge of the '795 patent since before Plaintiff notified Defendant of its infringement of the '795 patent.

48. Defendant has willfully infringed the '795 patent by continuing to infringe the '795 patent despite having actual notice of the '795 patent and its infringement of the '795 patent or by continuing to infringe the '795 patent despite having willful blindness about its infringement of the '795 patent.

49. Plaintiff will suffer irreparable harm and has no adequate remedy at law if Defendant is allowed to continue to infringe the '795 patent and compete with Plaintiff using the invention of the '795 patent and is therefore entitled to an injunction prohibiting Defendant from continuing to infringe the '795 patent.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully prays that the Court enter judgment in its favor and award the following relief against Defendant:

A. A judgment that Defendant has infringed one or more claims of the '795 patent literally and/or under the doctrine of equivalents;

B. An award of damages pursuant to 35 U.S.C. § 284;

C. An enhancement, up to a trebling, of the award of damages pursuant to 35 U.S.C. § 284.

D.  Entry of an injunction against further infringement of the '795 patent pursuant to 35 U.S.C. § 283;

E.  A judgment that this is an exceptional case pursuant to 35 U.S.C. § 285 and an award of the Plaintiff's reasonable attorneys' fees in this litigation;

F.  An award of prejudgment and post-judgment interest on Plaintiff's damages;

G.  An award of costs; and

H.  Any such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial on all matters triable to a jury.

DATED: October 28, 2025

Respectfully submitted,

**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 South Mopac Expy, Suite A400
Austin, Texas 78746
Telephone: (512) 472-0288
Facsimile: (512) 472-0721

By: /s/ Chris A. Blackerby
Chris A. Blackerby
Texas State Bar No. 00787091
cblackerby@germer-austin.com

-and-

Brian N. Platt (*Pro Hac Vice Forthcoming*)
Utah State Bar No. 17099
bplatt@wnlaw.com
David R. Todd (*Pro Hac Vice Forthcoming*)
Utah State Bar No. 8004
dtodd@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800

**ATTORNEYS FOR PLAINTIFF
ENERGY RECOVERY, INC.**